NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DESTINA CANTWELL,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-2481
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____  )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.